APRIL 18, 1977

No. 76–778. NATIONAL CLASSIFICATION COMMITTEE *v.* UNITED STATES. Affirmed on appeal from D. C. D. C. THE CHIEF JUSTICE, MR. JUSTICE BLACKMUN, and MR. JUSTICE REHNQUIST would note probable jurisdiction and set case for oral argument.

No. 76–1029. SCARNATO ET AL. *v.* PARKER, TREASURER OF LOUISIANA, ET AL. Affirmed on appeal from D. C. M. D. La.

No. 76–1069. CANADIAN NATIONAL RAILWAY CO. ET AL. *v.* UNITED STATES ET AL. Affirmed on appeal from D. C. D. C.

No. 76–6337. TAYLOR ET AL. *v.* HILL, DIRECTOR, DIVISION OF SOCIAL SERVICES, ET AL. Affirmed on appeal from D. C. W. D. N. C.

No. 76–951. SKAFTE *v.* ROREX, BOULDER COUNTY CLERK. Appeal from Sup. Ct. Colo. dismissed for want of substantial federal question. *Sugarman* v. *Dougall,* 413 U. S. 634, 649 (1973); *Kramer* v. *Union School District,* 395 U. S. 621, 625 (1969).

No. 76–968. POPULAR SCIENCE PUBLISHING CO., INC. *v.* CALIFORNIA BOARD OF EQUALIZATION. Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of substantial federal question. *National Geographic Society* v. *California Board of Equalization, ante,* p. 551.

No. 76–1201. NEW YORK DOCK RAILWAY *v.* DIRECTOR OF FINANCE OF NEW YORK CITY. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.